NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WISONET, INC. and RONGHAO CHEN, <br><br> Plaintiffs, <br><br> v. <br><br> LANBO TECHNOLOGIES LTD., GOLDEN COSMOS LLC, YUMING ZHANG a/k/a DAVID ZHANG, JINMING HUANG, PENNY CONZOULIS, COMPANY ABC, COMPANY XYZ, fictitiously named Business entities, true name(s) unknown, JOHN DOE (1-20), JANE DOE (1-20), fictitiously named individuals, true name(s) unknown, <br><br> Defendants. | Civil Action No. 3:11-cv-04758 <br><br> **MEMORANDUM & ORDER FOR JUDGMENT** |

THIS MATTER having come before the Court on a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and the Court having duly received, reviewed, and considered The Declaration of Ronghao Chen and exhibits attached thereto, the Declaration of Christian R. Oehm and exhibit attached thereto, and the Memorandum of Law in Support of Plaintiffs' Request for Damages & Proof Hearing, submitted to the Court via CM/ECF on November 9, 2012, the Court finds as follows:

1.  The Defendants, Lanbo Technologies Inc., Golden Cosmos LLC, and Yuming Zhang /a/k/a David Zhang are jointly and severally liable for infringement of the United States Patent Nos.: 7,140,612B2 and 7,677,567B2. Plaintiffs seek damages in the amount of $57,300, based on the number of sales *Plaintiff* made – 1,910 – of the patented products, and 35 U.S.C. §

292, which allows a court to increase damages up to three times the amount found or assessed. There is no proof that Defendants sold 1,910 units of the product. As such, damages for patent infringement are denied.

2.  The Defendants, Lanbo Technologies Inc., Golden Cosmos LLC, and Yuming Zhang /a/k/a David Zhang are jointly and severally liable for infringement of the United States Copyright Registration No.: TX 6-031-467 for statutory damages pursuant to 17 U.S.C. § 504 in the amount of $10,000.00. Although the Court finds that Plaintiffs have adequately shown that Defendants willfully infringed Plaintiffs' copyright, the Court declines to increase the award of damages, because attorney fees have been awarded.

3.  The Defendants, Lanbo Technologies Inc., Golden Cosmos LLC, and Yuming Zhang /a/k/a David Zhang are ordered and directed to pay the Plaintiffs' attorneys' fees and costs in the amount of $14,706.65. Although Plaintiffs listed $16, 124.85 as their total fees and costs in the Proposed Order for Judgment, and listed $21,124.85 as their total fees and costs in the Declaration of Ronghao Chen (the sum of $3,983.37 paid to Wong, Wong & Associates, P.C., and $17,141.48 invoiced by Wong, Gao & Associates, P.C.), the evidence submitted only shows invoices from Wong, Gao & Associates, P.C. in the amount of $10,723.28, which together with the $3,983.37 paid to Wong, Wong & Associates, P.C., equals the adjudged sum of $14,706.65.

4.  The Defendants, Lanbo Technologies Inc., Golden Cosmos LLC, and Yuming Zhang /a/k/a David Zhang are enjoined and restrained from advertising and selling products that infringe upon United States Patent Nos. 7,140,612B2 and 7,677,567B2, and United States Copyright Registration No. TX 6-031-467.

NOW, THEREFORE, IT IS on this 21st day of November, 2012:

ORDERED that Defendants, Lanbo Technologies Inc., Golden Cosmos LLC, and Yuming Zhang /a/k/a David Zhang are jointly and severally liable for infringement of the United States Patent Nos.: 7,140,612B2 and 7,677,567B2; and it is further

ORDERED that Defendants, Lanbo Technologies Inc., Golden Cosmos LLC, and Yuming Zhang /a/k/a David Zhang are jointly and severally liable for infringement of the United States Copyright Registration No.: TX 6-031-467 for statutory damages pursuant to 17 U.S.C. § 504 in the amount of $10,000.00; and it is further

ORDERED that Defendants, Lanbo Technologies Inc., Golden Cosmos LLC, and Yuming Zhang /a/k/a David Zhang are ordered and directed to pay the Plaintiffs' attorneys' fees and costs in the amount of $14,706.65; and it is further

ORDERED that Defendants, Lanbo Technologies Inc., Golden Cosmos LLC, and Yuming Zhang /a/k/a David Zhang are enjoined and restrained from advertising and selling products that infringe upon United States Patent Nos. 7,140,612B2 and 7,677,567B2, and United States Copyright Registration No. TX 6-031-467.

11/21/12

s/Peter G. Sheridan
PETER G. SHERIDAN, U.S.D.J.